UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANCIS YUNNI GUERRA PLEITEZ,

        Petitioner,               Case No. 1:21-cv-507

v.                                    Honorable Paul L. Maloney

T. JOHNS et al.,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated:  August 19, 2021                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                        United States District Judge